Anthony SALVAGGIO, Plaintiff-
Appellant,

v.

The Honorable John P. COTTER et al.,
Defendant-Appellees.

No. 108, Docket 71-1480.

United States Court of Appeals,
Second Circuit.

Argued Sept. 27, 1971.

Decided Sept. 27, 1971.

Howard T. Owens, Jr., Bridgeport,
Conn., for appellant.

Robert L. Hirtle, Jr., Asst. Atty. Gen.,
Hartford, Conn. (Robert K. Killian,
Atty. Gen., Hartford, Conn., on the
brief), for appellees.

Joseph D. Harbaugh, West Hartford,
for appellee Evans.

Before LUMBARD, MANSFIELD and
OAKES, Circuit Judges.

PER CURIAM:

We affirm in open court on the opinion
of Judge Clarie, 324 F.Supp. 681 (D.
Conn.1971), except that Judge Oakes
limits his concurrence to non-constitu-
tional grounds.

COLOMBO CLUB INCORPORATED,
Appellant,

v.

COMMISSIONER OF INTERNAL
REVENUE, Appellee.

No. 25805.

United States Court of Appeals,
Ninth Circuit.

Oct. 4, 1971.

Robert L. Beery (argued), Ander-
son, Beery & Anderson, San Francisco,
Cal., for appellant.

Steven Schwartz (argued), Joseph M.
Howard, Elmer J. Kelsey, Wesley J. Fi-
ler, Dept. of Justice, Johnnie Walters,
Asst. Atty. Gen., Tax Div., Washington,
D. C., for appellee.

Before ELY and CARTER, Circuit
Judges, and JAMESON,* Senior Dis-
trict Judge.

PER CURIAM:

The decision of the Tax Court is af-
firmed upon the basis of the Tax Court
opinion: Colombo Club, Inc. v. Commis-
sioner, (1970), 54 T.C. 100.

* The Honorable William J. Jameson, Senior United States District Judge for the District of
Montana, sitting by designation.